In the Matter of the Application of WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Appellant, for a Writ of Mandamus, Peremptory or Alternative, against JOHN P. COHALAN and ROBERT LUDLOW FOWLER, as Surrogates of the County of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements, on opinion of

Greenbaum, J. (Reported in 101 Misc. Rep. 712). Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.